# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina
_____ Division



Necus A Jackson

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

State of NC Guilford county Linda L Johls

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Betty J Brown Bryce morton or martin same person Williams & reovis

Case No. 1:25CV853
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Necus A Jackson
   Street Address: 139 Hathovay Ln unit 311
   City and County: mooresvilles
   State and Zip Code: NC 28117
   Telephone Number: 336 637 6920
   E-mail Address: Jackson Necus@gmail.com together

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
  Name: State of North Carolina
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Judge Linda L. Falls
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Judge Betty J Brown
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: William S Reavis
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Judge Bruce Morton
Sometime call Bruce Morlin

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* __Necus A Sockson__, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_____

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-17-25

Signature of Plaintiff

Printed Name of Plaintiff: Necus Jackson

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NECUS JACKSON,
Plaintiff,

v.

STATE OF NORTH CAROLINA, CITY OF GREENSBORO, GUILFORD COUNTY, JUDGE LINDA FALLS, JUDGE BETTY BROWN, JUDGE BRUCE MARTIN, DISTRICT ATTORNEY MICHAEL RUIZ, and other officials named herein,   *motion*
Defendants.

## TABLE OF AUTHORITIES

| Case | Citation |
|---|---|
| Lawson v. Toney | 169 F. Supp. 2d 456 (M.D.N.C. 2001) |
| Allison v. Allen | M.D.N.C., Class Action (2010s) |
| Parratt v. Taylor | 451 U.S. 527 (1981) |

# COMPLAINT

## I. JURISDICTION AND VENUE

This action is brought pursuant to 42 U.S.C. § 1983 and the Constitution of the United States. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343. Venue is proper under 28 U.S.C. § 1391, as the events giving rise to the claims occurred in Greensboro, Guilford County, North Carolina.

## II. PARTIES

Plaintiff, Necus Jackson, is a natural person and resident of the State of North Carolina.

Defendants include the State of North Carolina, the City of Greensboro, Guilford County, and named Judges, Prosecutors, and Law Enforcement Officers acting under color of state law.

## III. FACTUAL ALLEGATIONS

Between January 19, 2007 and September 21, 2007, Plaintiff was wrongfully detained on multiple occasions by Guilford County law enforcement officers including Officers Morgan, Davis, O'Toole, and others.

Plaintiff was denied bond hearings, subjected to fabricated guilty pleas, and harassed by law enforcement. Judge Linda Falls improperly amended orders without notice; Judge Betty Brown relied on falsified records; Judge Bruce Martin threatened Plaintiff with imprisonment and conducted double hearings; and Magistrate Jameson confirmed no valid protective order existed yet arrests continued.

Plaintiff provided evidence of Judge Martin's misconduct, including transcripts and audio recordings, to Chief District Court Judge Joseph Turner. Despite this, no corrective action was taken, and Plaintiff's matters were closed without relief, demonstrating systemic denial of due process.

Plaintiff suffered loss of liberty, emotional distress, reputational harm, financial damages, and ongoing violations of federally protected rights.

## IV. LEGAL ARGUMENT & PRECEDENT

In Lawson v. Toney (M.D.N.C. 2001), the court recognized § 1983 claims arising from detention settings.

In Allison v. Allen (M.D.N.C.), the court found detention without meaningful bond hearings violates due process.

In Parratt v. Taylor (1981), the Supreme Court held that unauthorized deprivations by officials can violate due process when no adequate remedy exists.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NECUS A. JACKSON, )
 )
            Plaintiff, )
 )
v. ) 1:12CV746
 )
THE STATE OF NORTH CAROLINA, )
LINDA L. FALLS, BETTY J. BROWN, )
WILLIAM S. REAVIS, JUDGE BRUCE )
MARTIN, GUILFORD COUNTY, )
 )
            Defendants. )

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on Plaintiff's Amended Application [Doc. #6] to proceed in this action *in forma pauperis*, and his Amended Complaint [Doc. #7]. The Court earlier recommended [Doc. #4] that this action be dismissed *sua sponte* without prejudice to Plaintiff filing a new action which corrected the defects noted in Plaintiff's original Application and Complaint.

Plaintiff's Amended Application provides the information that was previously missing. The Court has reviewed Plaintiff's Amended Application and Affidavit and concludes that good cause exists to allow Plaintiff to proceed without payment of costs and fees in this matter. The Court will therefore withdraw the Court's previous Order and Recommendation [Doc. #4] and grant Plaintiff's Amended Application for Leave to Proceed *in forma pauperis*. Plaintiff is hereby permitted to file this action without prepayment of fees or costs, or giving security therefor, pursuant to 28 U.S.C. § 1915(a).

However, defects in Plaintiff's Amended Complaint remain and subject this action to dismissal under the *in forma pauperis* statute, which provides that "the court shall dismiss the case at any time if the court determines that – . . . (B) the action or appeal – (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2).

Plaintiff, a non-prisoner, names as Defendants in his Amended Complaint the State of North Carolina and Guilford County. The individual Defendants named previously–Linda Falls, Betty Brown, William Reavis, and Bruce Martin–are no longer named as Defendants. The facts underlying Plaintiff's claims are not clear, but he apparently believes that his due process rights were violated when a criminal judgment in a state court case against him was modified "behind closed doors" to find him guilty of an offense when, according to Plaintiff, the charge was earlier "dismissed with leave." He seeks damages as relief and to be exonerated.

Plaintiff raises his claims under 42 U.S.C. § 1983 (2006).[1] Section 1983 by its terms applies only to "persons." In Will v. Michigan Dep't of State Police, the Supreme Court held that a State is not a "person" under § 1983. Will v. Michigan Dep't of State Police, 491 U.S. 58, 63-65 (1989). In so holding, the Supreme Court noted that Section 1983 "provides a federal forum to remedy many deprivations of civil liberties, but it does not provide a federal forum for litigants who seek a remedy against a State for alleged deprivations of civil liberties. The Eleventh Amendment bars such suits unless the State has waived its immunity." Will, 491 U.S.

---

[1] Plaintiff includes as a jurisdictional basis the federal statute 28 U.S.C. § 1343 (2006), which "does not create any cause of action." Smith v. Potter, No. 1:09CV587, 2010 WL 1500876 (M.D.N.C. Apr. 14, 2010). The Court will therefore consider whether Plaintiff has stated a claim upon which relief may be granted or which is frivolous only pursuant to 42 U.S.C. § 1983.

-2-

at 66. Therefore, the State of North Carolina may not be held liable under section 1983, and all claims against it should be dismissed as frivolous and as failing to state claims upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).[2]

The only other Defendant named by Plaintiff is Guilford County, North Carolina. Guilford County is apparently the county in which Plaintiff's criminal case was heard. However, Plaintiff fails to allege any facts against Guilford County in his Amended Complaint. Therefore, all claims against Guilford County in Plaintiff's Amended Complaint should be dismissed as frivolous and as failing to state claims upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

IT IS THEREFORE ORDERED that this Court's earlier Order and Recommendation [Doc. #4] is WITHDRAWN.

IT IS FURTHER ORDERED that Plaintiff's Amended Application to Proceed *In Forma Pauperis* [Doc. #6] is GRANTED.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* pursuant to 28 U.S.C. § 1915(e)(2)(B), without prejudice to Plaintiff filing a new action which corrects the defects of the present action.

This, the 14th day of August, 2012.

/s/ Joi Elizabeth Peake
United States Magistrate Judge

---

[2] The Supreme Court in Will noted that "a state official in his or her official capacity, when sued for injunctive relief, would be a person under § 1983." Will, 491 U.S. at 71 n.10. Thus, individual state officials sued in their official capacity would be "persons" under § 1983, but only with respect to a claim for injunctive relief, not any claim for money damages.

Case 1:25-cv-00853   Document 3   Filed 09/17/25   Page 10 of 11

These cases collectively establish that Plaintiff's claims are actionable and dismissal is improper.

## V. CAUSES OF ACTION

Count I – Violation of 42 U.S.C. § 1983 (Due Process & Equal Protection).

Count II – False Imprisonment / Abuse of Process.

Count III – Violations of N.C.G.S. §§ 14-230, 14-219, 14-217, 14-226, 14-234.

Count IV – Civil Conspiracy under Color of State Law.

## VI. RELIEF REQUESTED

Plaintiff respectfully requests judgment in his favor, a declaration that Defendants' conduct was unconstitutional, compensatory and punitive damages, injunctive relief to prevent future violations, costs, attorney's fees, and any further relief deemed just and proper.

## VII. EXHIBITS